| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Owen, Priscilla R | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>05/13/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Homer Thornberry Judicial Bldg<br>903 San Jacinto Blvd., Rm 434<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.  Director | Texas Hearing and Service Dogs |
| 2.  Advisory Board Member | Federalist Society, Austin Chapter |
| 3.  Advisory Board Member | Federalist Society, Houston Chapter |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE 2008 MAY 14 P 2: 49 RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2007 | State of Texas Employee Retirement System, Judicial Retirement Plan System II; age 65, 50% of state salary paid TX Supreme Court justice or 40% at 60 |
| 2. 2007 | State of Texas TexasSaver 401K Plan; contributions may reamain in this plan or can roll over to an IRA or qualified 401K |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | United States Department of Agriculture - Direct and Counter Cyclical Program | $ 344.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Headliners Club | Honorary Membership (dues, privileges), Austin, Texas | $ 1200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Federated Prime Obligation | A | Dividend | | | redeem part | 01/12 | J | | |
| 2. | A | Dividend | | | redeem part | 2/14 | J | | |
| 3. | | | | | redeem part | 3/14 | J | | |
| 4. | | | | | redeem part | 4/18 | J | | |
| 5. | | | | | redeem part | 5/16 | J | | |
| 6. | | | | | redeem part | 6/18 | J | | |
| 7. | | | | | redeem part | 7/17 | J | | |
| 8. | | | | | redeem part | 7/25 | J | | |
| 9. | | | | | redeem part | 8/16 | J | | |
| 10. | | | | | redeem part | 9/18 | J | | |
| 11. | | | | | redeem part | 10/16 | J | | |
| 12. | | | | | redeem part | 11/16 | J | | |
| 13. | | | | | redeemed | 12/17 | J | | |
| 14. | | | | | purchased | 1/4 | J | | |
| 15. | | | | | purchased | 2/5 | J | | |
| 16. | | | | | purchased | 3/6 | J | | |
| 17. | | | | | purchased | 3/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | purchased | 4/5 | J | | |
| 19. | | | | | purchased | 5/7 | J | | |
| 20. | | | | | purchased | 6/5 | J | | |
| 21. | | | | | purchased | 6/26 | J | | |
| 22. | | | | | purchased | 7/5 | J | | |
| 23. | | | | | purchased | 8/3 | J | | |
| 24. | | | | | purchased | 9/6 | J | | |
| 25. | | | | | purchased | 9/25 | J | | |
| 26. | | | | | purchased | 10/3 | J | | |
| 27. | | | | | purchased | 11/5 | J | | |
| 28. | | | | | purchased | 12/5 | J | | |
| 29. Federated Treasury Obligation NS Fund | | None | J | T | purchased | 12/17 | J | | |
| 30. | | | | | purchased | 12/20 | J | | |
| 31. | | | | | purchased | 12/26 | J | | |
| 32. | | | | | redeem part | 12/18 | J | | |
| 33. T Rowe Price Mid-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 34. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Distribution | | | | | | | |
| 36. Vanguard Index 500 Fund | A | Dividend | J | T | sold part | 8/3 | | A | |
| 37. 1/8 interest, surface,⬛ Matagorda County, Texas | B | Rent | L | W | | | | | |
| 38. 1/12 mineral interest, ⬛ Matagorda County, Texas | | None | J | W | | | | | |
| 39. 1/4 surface interest in⬛, Matagorda County, Texas | A | Rent | K | W | | | | | |
| 40. mineral interest, ⬛ Matagorda County TX (Brigham) | A | Rent | J | W | | | | | |
| 41. ⬛ land, Matagorda County, Texas | A | Rent | J | W | | | | | |
| 42. net royalty .0040779 (Apache), Matagorda County, Texas | A | Royalty | J | W | | | | | |
| 43. net royalty .0016627 (Unit) Matagorda County, Texas | | None | J | W | | | | | |
| 44. 7/24 mineral int. (Holliman),⬛ Matagorda Cty, TX | | None | J | W | | | | | |
| 45. royalty or mineral interests in Matagorda, Brazoria, Cts.,TX | | None | J | W | | | | | |
| 46. cash, Community Bank & Trust | | None | J | T | | | | | |
| 47. cash, Chase checking | A | Interest | J | T | | | | | |
| 48. cash, Chase money market | A | Interest | J | T | | | | | |
| 49. Federated Prime Obligation (IRA) | B | Dividend | | | | | | | |
| 50. | | | | | redeem part | 1/12 | J | | |
| 51. | | | | | redeem part | 1/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | redeem part | 2/14 | J | | |
| 53. | | | | | redeem part | 3/14 | J | | |
| 54. | | | | | redeem part | 4/18 | J | | |
| 55. | | | | | redeem part | 5/16 | J | | |
| 56. | | | | | redeem part | 6/18 | J | | |
| 57. | | | | | redeem part | 7/17 | J | | |
| 58. | | | | | redeem part | 8/16 | J | | |
| 59. | | | | | redeem part | 9/18 | J | | |
| 60. | | | | | redeem part | 10/16 | J | | |
| 61. | | | | | redeem part | 11/16 | J | | |
| 62. | | | | | redeem part | 12/18 | J | | |
| 63. | | | | | redeemed | 12/18 | K | | |
| 64. | | | | | purchase | 1/4 | J | | |
| 65. | | | | | purchase | 1/5 | J | | |
| 66. | | | | | purchase | 1/5 | J | | |
| 67. | | | | | purchase | 1/24 | J | | |
| 68. | | | | | purchase | 1/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | purchase | 2/05 | J | | |
| 70. | | | | | purchase | 2/06 | J | | |
| 71. | | | | | purchase | 2/13 | J | | |
| 72. | | | | | purchase | 3/6 | J | | |
| 73. | | | | | purchase | 3/27 | J | | |
| 74. | | | | | purchase | 3/28 | J | | |
| 75. | | | | | purchase | 4/4 | J | | |
| 76. | | | | | purchase | 5/7 | J | | |
| 77. | | | | | purchase | 5/8 | J | | |
| 78. | | | | | purchase | 6/5 | J | | |
| 79. | | | | | purchase | 6/13 | J | | |
| 80. | | | | | purchase | 6/26 | J | | |
| 81. | | | | | purchase | 6/28 | J | | |
| 82. | | | | | purchase | 6/29 | J | | |
| 83. | | | | | purchase | 7/5 | J | | |
| 84. | | | | | purchase | 7/31 | J | | |
| 85. | | | | | purchase | 8/3 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | purchase | 8/7 | J | | |
| 87. | | | | | purchase | 8/13 | J | | |
| 88. | | | | | purchase | 9/6 | J | | |
| 89. | | | | | purchase | 9/25 | J | | |
| 90. | | | | | purchase | 9/27 | J | | |
| 91. | | | | | purchase | 10/3 | J | | |
| 92. | | | | | purchase | 11/5 | J | | |
| 93. | | | | | purchase | 12/5 | J | | |
| 94. | | | | | purchase | 12/12 | J | | |
| 95. | | | | | purcahse | 8/11 | J | | |
| 96. | | | | | purchase | 12/13 | J | | |
| 97. Federated Treasury Obligations NS Fund-Inc (IRA) | | None | J | T | purchase | 12/17 | J | | |
| 98. | | | | | purchase | 12/18 | J | | |
| 99. | | | | | purchase | 12/19 | J | | |
| 100. | | | | | purchase | 12/20 | J | | |
| 101. | | | | | purchase | 12/21 | J | | |
| 102. | | | | | purchase | 12/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | purchase | 12/28 | J | | |
| 104. | | | | | purchase | 12/31 | J | | |
| 105. | | | | | redeem part | 12/18 | J | | |
| 106. Federated Treasury Obligations NS Fund-Princ (IRA) | | None | L | T | purchase | 12/17 | J | | |
| 107. | | | | | purchase | 12/18 | K | | |
| 108. | | | | | purchase | 12/20 | J | | |
| 109. | | | | | purchase | 12/28 | K | | |
| 110. | | | | | redeem part | 12/19 | J | | |
| 111. Federal Nat'l Mortgage Ass'n 3.77% 12/28/07 (IRA) | B | Interest | | | matured | 12/28 | K | A | |
| 112. Federated Stock Trust (IRA) | | None | | | sold | 1/26 | K | | |
| 113. Harbor Capital Appreciation Fund (IRA) | | None | | | sold | 5/8 | | | |
| 114. LKCM Small Cap Equity Fund (IRA) | A | Dividend | L | T | | | | | |
| 115. | D | Distribution | | | | | | | |
| 116. | D | Distribution | | | | | | | |
| 117. T Rowe Price Blue Chip Growth Fund (IRA) | A | Dividend | M | T | | | | | |
| 118. T Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 119. | B | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | D | Distribution | | | | | | | |
| 121. Vanguard Growth & Income Fund (IRA) | A | Dividend | K | T | | | | | |
| 122. | A | Distribution | | | | | | | |
| 123. | C | Distribution | | | | | | | |
| 124. Vanguard Index 500 Fund (IRA) | C | Dividend | M | T | | | | | |
| 125. Fidelity U.S. Bond Index Fund (401K) | A | Dividend | J | T | | | | | |
| 126. Federal Nat'l Mortgage Assn'n MTN Note 4.1% (IRA) 8/10/09 | A | Interest | J | T | | | | | |
| 127. Federal Home Loan MRT Corp 3.25% stepup 4.5% 3/26/10 (IRA) | A | Interest | J | T | purchase | 12/19 | J | | |
| 128. Federal Home LN BKS DEB 4.5% 12/19/11 (IRA) | | None | J | T | purchase | 12/19 | J | | |
| 129. Federal Farm Cr BKS Cons Deb 5.05% 12/27/12 (IRA) | A | Interest | J | T | | | | | |
| 130. Vanguard Total Stock Market Index Portfolio (IRA) | A | Dividend | J | T | | | | | |
| 131. Oakmark I Fund (IRA) | A | Dividend | L | T | purchase | 1/26 | K | | |
| 132. | D | Distribution | | | | | | | |
| 133. Federal Farm CR BKS CONS DEB 3.7% 8/04/08 (IRA) | A | Interest | J | T | | | | | |
| 134. Dodge & Cox International (IRA) | B | Dividend | M | T | purchase | 1/26 | J | | |
| 135. | A | Distribution | | | | | | | |
| 136. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | purchase | 12/07 | J | | |
| 138. Federal Home LN MTG Corp MTN NOTE 5.0% 1/30/14 (IRA) | A | Interest | J | T | | | | | |
| 139. Federal NATL MTG ASSN DEB 5.4% 12/12/11 (IRA) | A | Interest | | | call | 12/12 | J | | |
| 140. National Covenant Properties -- CD | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/13/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544